RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE ___5__/_14_/_07_
BY ___Bm___

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

SAMUEL TYRONE JEFFERS     CIVIL ACTION NO. 5:06CV2185

VERSUS          JUDGE HICKS

WARDEN LSP        MAGISTRATE JUDGE HORNSBY

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at __Shreveport__, Louisiana, this __14th__ Day of __May__, 2007.

_S. Maurice Hicks (signature)_
S. Maurice Hicks, Jr.
UNITED STATES DISTRICT JUDGE